ROSENDO GONZALEZ (State Bar No. 137352)
GONZALEZ & ASSOCIATES, P.L.C.
530 South Hewitt Street, Suite 148
Los Angeles, CA  90013
Telephone: (213) 452-0070
Facsimile: (213) 452-0080
E-mail: rossgonzalez@gonzalezplc.com

Counsel for Esmeralda G. Mancia,
Debtor and Plaintiff



FILED & ENTERED

AUG 08 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Gonzalez DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDEO VALLEY DIVISION**

| | |
|---|---|
| In re | ) BK No. 1:13-bk-12672-MT |
| | )    [Chapter 7] |
| ESMERALDA G. MANCIA, | ) |
| | ) |
| Debtor. | ) |
| | ) Adv. No. 1:13-ap-01393-MT |
| _____ | ) |
| | ) |
| ESMERALDA G. MANCIA, | ) ORDER RE: PLAINTIFF'S MOTION FOR |
| | ) SUMMARY JUDGMENT, OR IN THE |
| Plaintiff, | ) ALTERNATIVE, FOR SUMMARY |
| | ) ADJUDICATION AND CLOSING |
| v. | ) ADVERSARY PROCEEDING |
| | ) |
| HARRY HARALAMBUS, | ) |
| | ) |
| Defendant. | ) DATE:  August 1, 2014 |
| | ) TIME:  10:00 a.m. |
| _____ | ) PLACE: Courtroom "302" |

The motion for summary judgment, or in the alternative, for

summary adjudication of Esmeralda G. Mancia, the debtor in this

bankruptcy case and the plaintiff in this adversary proceeding (the

"Plaintiff"), against Harry Haralambus, the defendant in this adversary

proceeding (the "Defendant")(the "Motion for Summary Judgment"), came

before the Honorable Maureen Tighe, United States Bankruptcy Judge

presiding.  Rosendo Gonzalez of Gonzalez & Associates, P.L.C., appeared

1
- -

on behalf of the Plaintiff.  Stephen L. Burton of the Law Office of

Stephen L. Burton appeared on behalf of the Defendant.  Based on the

evidence presented, and good cause appearing therefor, it is hereby

ORDERED:

1.    The Plaintiff's Motion for Summary Judgment is denied as

moot.

2.    This adversary proceeding is hereby closed.


#     #     #


Date: August 8, 2014

Maureen A. Tighe
United States Bankruptcy Judge

Order#96370#c0d72d1e-784f-455c-808d-005df4c784f2summary judgment
8/8/2014 RG